IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00807-RPM

KELSEY CAMPAGNOLA,

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary


      Pursuant to the Advice of Settlement [Doc. 23], the parties shall submit a stipulation of dismissal on or before August 20, 2015.


DATED: July 21, 2015