**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-00807-RPM

KELSEY CAMPAGNOLA,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT**

---

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice of All Claims by Plaintiff against Defendant. The Court, having reviewed the Stipulated Motion and being otherwise fully apprised in the premises, hereby GRANTS the Stipulated Motion and ORDERS that:

All claims brought or which could have been brought in this action by Plaintiff against Defendant shall be dismissed WITH PREJUDICE. Each party shall bear her or its own attorneys' fees and costs

Dated this 7th day of August, 2015.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge